## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 25-CR-372-JDR** |
| **DERRICK CARL ANDREW CHATMAN,** | |
| **Defendant.** | |

### Motion for Preliminary Order of Forfeiture

The United States of America, by undersigned counsel, requests the entry of a Preliminary Order of Forfeiture of certain property for the reasons set forth below.

On October 6, 2025, Defendant Derrick Carl Andrew Chatman was charged by Indictment with Illegal Receipt of a Firearm While Under Indictment, Illegal Possession of a Machinegun, and Firearms Trafficking. *Dkt. #13*. A forfeiture allegation was included in the Indictment, giving the Defendant notice that upon conviction of the alleged offenses, the following property shall be forfeited to the United States as any firearm and ammunition involved in or used in the knowing commission of such offenses, including but not limited to:

**FIREARMS AND AMMUNITION**

1. A Palmetto State Armory Dagger 9MM pistol, serial number SZF035823;

2. A Palmetto State Armory PA-15 multi-caliber pistol, serial number DCSF 144170;

3.  Approximately 193 rounds of miscellaneous branded .300 BLK caliber, .45 caliber, 1OMM and 9MM ammunition; and

4.  Nine machinegun conversion devices.

*Id. at 5.*

On December 19, 2025, the defendant pled guilty to Illegal Possession of a Machinegun (Count Two). *Dkt. #24.* As part of the Plea Agreement between the parties, and pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), the defendant agreed to the forfeiture of the above listed property. *Dkt. #28 at 6.*

The language of the forfeiture statutes reflects the mandatory nature of forfeiture, once the factual predicates have been met. Any firearm and ammunition involved in or used in the commission of the offenses *shall* be subject to forfeiture to the United States. *18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).* The Supreme Court noted that "Congress could not have chosen stronger words to express its intent that forfeiture be mandatory in cases where the statute applied." *United States v. Monsanto*, 491 U.S. 600, 607 (1989). *See also United States v. McGinty*, 610 F.3d 1242, 1245-46 (10th Cir. 2010) (applying *Monsanto*). Based upon defendant's guilty plea to 18 U.S.C. §§ 922(o) 924(a)(2), the record, and the factual summary of the plea, the United States seeks forfeiture of the above listed property.

Upon the issuance of a Preliminary Order of Forfeiture, the United States will publish notice of the forfeiture and its intent to dispose of the property in such a manner as the Attorney General may direct. *21 U.S.C. § 853(n)* and *Fed. Rule of Crim.*

*P. 32.2(b)(6).* The notice will state that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on Reagan V. Reininger, Assistant United States Attorney, within thirty (30) days of the final date of publication of notice or within thirty (30) days of receipt of actual notice, whichever is earlier. This notice will state that the petition shall: (a) be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property; (b) be signed by the petitioner under penalty of perjury; (c) set forth the nature and extent of the petitioner's right, title, or interest in the property; and (d) set forth any additional facts supporting the petitioner's claim and the relief sought. Additionally, the United States will send notice to any person who reasonably appears to be a potential claimant withstanding to contest the forfeiture in an ancillary proceeding.

If a third-party petition to the property is not timely filed, the Preliminary Order of Forfeiture becomes final, and the United States shall have clear title to the property for disposition according to law. Fed. R. Crim. P. 32.2(c)(2).

The United States respectfully requests that the Court enter a Preliminary Order of Forfeiture of the specified property.

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY

/s/ Reagan V. Reininger
REAGAN V. REININGER, OBA #22326
Assistant United States Attorney
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119
Telephone: 918.382.2700
Email: reagan.reininger@usdoj.gov

**Certificate of Service**

I hereby certify that on the 6th day of January, 2026, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record.

/s/ Susan Bigknife
Susan Bigknife, Paralegal